**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1967**

In Re:  DAVID HILL,

                Petitioner.

On Petition for Writ of Mandamus.
(1:01-cr-00191-CMH-1)

Submitted:  February 28, 2011          Decided:  March 18, 2011

Before NIEMEYER, SHEDD, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David Hill, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to correct judgment. He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act seasonably. We grant leave to proceed in forma pauperis and deny Hill's motion to require a response to the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED